UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINFORD R. SPENCE,

    Plaintiff,

v.                                Case No.:  3:25-cv-184-MCR-ZCB

JULIE JONES, et al.,

    Defendants.
_____/

### ORDER

The Magistrate Judge issued a Report and Recommendation on June 26, 2025. *See* ECF No. 12.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this order.

2. The Plaintiff's "Petition for Permanent Injunction," ECF No. 9, is **DENIED**.

1

3. This case is recommitted to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**