UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LINFORD R. SPENCE,

    Plaintiff,

vs.                                       Case No.:  3:25-cv-184/MCR/ZCB

JULIE JONES, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued an Amended Report and Recommendation on September 17, 2025.  *See* ECF No. 17.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Amended Report and Recommendation and the record, I have determined the Amended Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Amended Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**